**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF MASSACHUSETTS

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Swissbakers Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **51-0664743** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **168 Western Avenue** **Allston, MA 02134** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Suffolk** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    **https://swissbakers.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Swissbakers Inc.**                                             Case number *(if known)* _____
    Name

---

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    __7225__

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| | | | | |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

| Debtor | **Swissbakers Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency

   Contact name

   Phone

---

| | **Statistical and administrative information** |
|---|---|

**13.** **Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Swissbakers Inc.**                                    Case number (*if known*)
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000          ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **Swissbakers Inc.**                                        Case number (*if known*)
         Name

�these███   **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |
| | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on   **March 18, 2022**
              MM / DD / YYYY

X *Nicolas Stohr*                                   **Nicolas Stohr**
Signature of authorized representative of debtor    Printed name

Title   **Chief Executive Officer**

**18. Signature of attorney**   X _[signature]_

Signature of attorney for debtor                    Date   **March 18, 2022**
                                                           MM / DD / YYYY

**Joseph S.U. Bodoff**
Printed name

**Rubin and Rudman LLP**
Firm name

**53 State Street**
**Boston, MA 02109**
Number, Street, City, State & ZIP Code

Contact phone   **617-330-7000**        Email address   **jbodoff@rubinrudman.com**

**549116 MA**
Bar number and State

## SWISSBAKERS INC.
## CONSENT OF DIRECTORS

The undersigned, being the all of the Directors of Swissbakers Inc., do hereby consent to the actions by the following resolutions:

RESOLVED:   That this Corporation's Chief Executive Officer, namely Nicolas Stohr, be and hereby is authorized, empowered and directed, for an on behalf of this Corporation, in its corporate name and under its corporate seal, to execute, acknowledge and verify a Petition under Subchapter V of Chapter 11 of the Bankruptcy Code and to cause the same to be filed with the United States Bankruptcy Court for the District of Massachusetts, and to execute and file such other and further instruments, documents, schedules, affidavits, and such other papers, and to take such other and further action as may be necessary, desirable or appropriate in order to better carry out the intent of the resolution adopted pursuant to this Consent or in connection with the said Chapter 11 proceedings; all such instruments, documents, schedules, affidavits and papers to be executed and delivered in such form and to contain such terms and provisions, and all such actions to be performed in such manner, as said Chief Executive Officer executing or performing the same shall, by his execution or performance thereof determine; and

RESOLVED:   That the firm of Rubin and Rudman LLP of 53 State Street, Boston, Massachusetts be and hereby is retained as counsel to represent the Corporation in all matters relating to the aforementioned petition and to the aforementioned proceedings under Chapter 11.

RESOLVED:   That this Corporation's Chief Executive Officer be and hereby is authorized, empowered and directed, for and on behalf of this Corporation and in its corporate name, to take such action as said Chief Executive Officer, acting on behalf of this Corporation, deems necessary, desirable or appropriate.

ACKNOWLEDGEMENT AND CONSENT:

BEING ALL OF THE DIRECTORS OF
SWISSBAKERS INC.

_____
Thomas Stohr

_____
Helene Stohr

Dated:  March 16, 2022

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Swissbakers Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atlas Paper Company 220 Garfield Ave Woburn, MA 01801** | gtreska@atlaspaper.com 781-729-8750 | **Trade** | | | | **$35,369.25** |
| **Chase Card PO Box 15298 Wilmington, DE 19850** | | **Credit card purchases** | | | | **$59,372.42** |
| **Commonwealth of Massachusetts PO Box 7089 Boston, MA 02241** | | **Taxes** | | **$71,266.19** | **$150,000.00** | **$71,266.19** |
| **David E. Cohen 10 Charing Cross Lynnfield, MA 01940** | dec@atlaspaper.com 781-729-8750 | **Investor Note** | | | | **$57,251.00** |
| **Eversource 247 Station Drive Westwood, MA 02090** | 800-592-2000 | **Utility** | | | | **$32,156.42** |
| **Harry Jacoby 23 Everitts Road Ringoes, NJ 08551** | harrysjacoby@gmail.com 908-625-2414 | **Investor Note** | | | | **$76,000.00** |
| **Heather Sears and Michael Jobin 1682 Washington Street Boston, MA 02118** | hlsears@gmail.com 617-840-0968 | **Investor Note** | | | | **$125,000.00** |
| **Hedy & Martin Genhart Rosenstrasse 1 9500 Wil SG, Switzerland** | hedygenhart@yahoo.com 011-41-79-655-0454 | **Investor Note** | | | | **$100,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Debtor **Swissbakers Inc.**      Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Heidi Birrer Himmelrich strasse 10 6340 Baar ZG Switzerland** | heidi.birrer@2rent.ch 011-41-79-333-4450 | **Investor Note** | | | | **$155,000.00** |
| **Henry Biner 20 Hampshire Road Wellesley Hills, MA 02481** | henrybiner@icloud.com 978-742-3920 | **Investor Note** | | | | **$140,000.00** |
| **Internal Revenue Service Attn Rocco DeRose 230 Lowell Street Stop 275 Andover, MA 01810** | | **Taxes** | | **$180,784.15** | **$150,000.00** | **$143,895.78** |
| **John F. Zwetchkenbaum 180 Blackstone Blvd. Providence, RI 02906** | jzwetch@allergyri.com 401-439-5903 | **Investor Note** | | | | **$125,000.00** |
| **Judy and Joseph Brain 59 Wood Drive Essex, MA 01929** | brain@hsph.harvard.edu 978-768-0145 | **Investor Note** | | | | **$207,000.00** |
| **Kim Brookes repre. Jane M. von Salis 30 Ivy Road Malden, MA 02148** | kbrookes@comcast.net 781-321-1390 | **Investor Note** | | | | **$45,000.00** |
| **Leo Raschle Zeughausstrasse 19c 9200 Gossau SG Switzerland** | leo@raschle-treuhand.ch 011-41-79-220-1748 | **Investor Note** | | | | **$130,000.00** |
| **Michael Aghajanian 2 Highland Ave MA 01797** | m.aghajanian@boating.in 508-579-4232 | **Investor Note** | | | | **$100,000.00** |
| **Mike Silvia 124 Prescott Street Reading, MA 01867** | mikesilvia@gmail.com 781-315-6155 | **Investor Note** | | | | **$50,000.00** |
| **Raymond Pawlicki 11 Mack Lane Essex, CT 06426** | raymond.pawlicki @gmail.com 617-999-7999 | **Investor Note** | | | | **$50,000.00** |
| **Remy Hasler Rosenstrasse 1 9500 Wil SG Switzerland** | remyhasler@gmail.com 011-41-79-655-0454 | **Investor Note** | | | | **$45,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Swissbakers Inc.**
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Thomas Leach** **11 Orient Ave.** **Boston, MA 02128** | **leachy10@gmail.com** | **Loan** | | **$45,000.00** | **$150,000.00** | **$45,000.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

# United States Bankruptcy Court
## District of Massachusetts

In re **Swissbakers Inc.** _____ Case No. _____

Debtor(s)          Chapter   **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:   **March 18, 2022** _____

*Nicolas Stohr* _____

**Nicolas Stohr/Chief Executive Officer**
Signer/Title

AMERICAN EXPRESS
PO BOX 981535
EL PASO, TX 79998

AMERICAN GAS PRODUCTS
24 VINE STREET
EVERETT, MA 02149

ATLAS PAPER COMPANY
220 GARFIELD AVE
WOBURN, MA 01801

BACALL & CONIFF
111 STATE STREET #4
BOSTON, MA 02109

BAKER COMMODITIES
PO BOX 132
NORTH BILLERICA, MA 01862

BARBARA AND BRUNO WALSER
2 GERARD DRIVE
MERRIMACK, NH 03054

BOSTON CLEANING COMPANY
150 NEW BOSTON STREET
WOBURN, MA 01801

BOSTON LOCK & SAFE CO.
30 LINCOLN SREET
BRIGHTON, MA 02135

BROWN RUDNICK
ONE FINANCIAL CENTER
BOSTON, MA 02111

CHASE CARD
PO BOX 15298
WILMINGTON, DE 19850

CITICARD
PO BOX 6704
SIOUX FALLS, SD 57104

COMCAST
PO BOX 70219
PHILADELPHIA, PA 19176

COMMONWEALTH OF MASSACHUSETTS
PO BOX 7089
BOSTON, MA 02241

COSTA FRUIT & PRODUCE
PO BOX 843009
BOSTON, MA 02284

CUSTOM METALS OF MASSACHUSETTS
10 CALIPER ROAD
WHITMAN, MA 02382

DANIEL SCHNYDER
464 WESTER 153RD STREET
NEW YORK, NY 10031

DAVE MANCUSO AND BRENDA SOUSA
13 MONUMENT SQUARE
APT 1
CHARLESTOWN, MA 02129

DAVID E. COHEN
10 CHARING CROSS
LYNNFIELD, MA 01940

D'AMICO LIMITED PARTNERSHIP
473 BROADWAY
CHELSEA, MA 02150

ECOLAB
26252 NETWORK PLACE
CHICAGO, IL 60673

EVERSOURCE
247 STATION DRIVE
WESTWOOD, MA 02090

FAZENDA COFFEE ROASTER
502 SPRAGUE STREET
DEDHAM, MA 02026

FISH WINDOW CLEANING
PO BOX 242
WOBURN, MA 01801

FRANK MENGIS
HERRENBURG 36
4202 DUGGINGEN BL,SWITZERLAND

HARRY JACOBY
23 EVERITTS ROAD
RINGOES, NJ 08551

HEATHER SEARS AND MICHAEL JOBIN
1682 WASHINGTON STREET
BOSTON, MA 02118

HEDY & MARTIN GENHART
ROSENSTRASSE 1
9500 WIL SG, SWITZERLAND

HEIDI BIRRER
HIMMELRICH STRASSE 10
6340 BAAR ZG
SWITZERLAND

HENRY BINER
20 HAMPSHIRE ROAD
WELLESLEY HILLS, MA 02481

HILLCREST FOODS INC.
PO BOX 3075
SARATOGA SPRINGS, NY 12866

INTEGRATED IT SOLUTIONS
430 FORTUNE BLVD.
MILFORD, MA 01757

INTERNAL REVENUE SERVICE
ATTN ROCCO DEROSE
230 LOWELL STREET STOP 275
ANDOVER, MA 01810

JEFF FREEDMAN
14 CRYSTAL STREET
NONANTUM, MA 02495

JEFF, MARZILLI AND LIZA GRASSIE
1153 WEST LOWELL AVE
HAVERHILL, MA 01832

JOHN F. ZWETCHKENBAUM
180 BLACKSTONE BLVD.
PROVIDENCE, RI 02906

JRM
265 NEWBURY STREET
PEABODY, MA 01960

JUDY AND JOSEPH BRAIN
59 WOOD DRIVE
ESSEX, MA 01929

KIM BROOKES REPRE. JANE M. VON SALIS
30 IVY ROAD
MALDEN, MA 02148

LEO RASCHLE
ZEUGHAUSSTRASSE 19C
9200 GOSSAU SG
SWITZERLAND

MARK ZWETCHKENBAUM
C/O LINNE D. KIMBALL
20 WOODLAWN DRIVE
CHESTNUT HILL, MA 02467

MICHAEL AGHAJANIAN
2 HIGHLAND AVE
MA 01797

MICHAEL ZURCHER AND BOHNET IRIS
15 LORNA ROAD
NEWTON CENTER, MA 02459

MIKE SILVIA
124 PRESCOTT STREET
READING, MA 01867

MIRIAM ZIMMERMANN
FURRENSTRASSE 14
6314 UTERAGERI ZG, SWITZERLAND

MONIKA ACHERMANN
BOELTSCHI 4
6023 ROTHENBURG LU, SWITZERLAND

NATURE SPRINGS WATER
55 FRANKLIN STREET
NEEDHAM HEIGHTS, MA 02494

NE BAKERY SERVICES, LLC
PO BOX 490578
EVERETT, MA 02149

NEXT STEP HR CONSULTING
PO BOX 885
PLYMOUTH, MA 02362

NICOLAS STOHR
11 ORIENT AVE
BOSTON, MA 02128

ON DECK CAPITAL
901 N STUART STREET
SUITE 700
ARLINGTON, VA 22203

PAUL SMYKE
96 JASON STREET
ARLINGTON, MA 02476

PETER CHRISTEN
SCHURACHERSTRASSE 85
8700 KUSNACHT ZH, SWITZERLAND

PETER FRICK
167 LEWIS ROAD
BELMONT, MA 02478

PIGOTT ELECTRIC
47 DUDLEY STREET
ARLINGTON, MA 02476

RAYE'S MUSTARD MILL
83 WASHINGTON STREET
EASTPORT, ME 04631

RAYMOND PAWLICKI
11 MACK LANE
ESSEX, CT 06426

REMY HASLER
ROSENSTRASSE 1
9500 WIL SG
SWITZERLAND

RJ MASE
1 TESTA PLACE #4
NORWALK, CT 06854

ROCKLAND TRUST
288 UNION STREET
ROCKLAND, MA 02370

ROSEV DAIRY GOODS
20 GRIFFIN WAY
CHELSEA, MA 02150

SALEM FIVE CENTS SAVINGS BANK
PO BOX 840
SALEM, MA 01970

SALES BIRRER
FURRENSTRASSE 14
6315 UNTERAGERI ZG, SWITZERLAND

SANDRA AND BILL LEE
69 LOCUST STREET
READING, MA 01867

SANTANDER BANK
MAIL CODE 10-421-CN2
PO BOX 12646
READING, PA 19612

SCHIESS DISTRIBUTORS
323 TURNPIKE STREET
CANTON, MA 02021

STACIE B. COHEN
88 ABINGTON ROAD
DANVERS, MA 01923

STEVE HOCH
1 BEACON STREET
BOSTON, MA 02108

SWEETWORKS CONFECTIONS LLC
3470 GENESEE STREET
BUFFALO, NY 14225

SWISS BAKERY
5224 PORT ROYAL ROAD
SPRINGFIELD, VA 22151

SWISS CHALET FINE FOODS
1 ATLANTA PLAZA
ELIZABETHPORT, NJ 07206

TERMINIX
PO BOX 802155
CHICAGO, IL 60680

THE HANSJOERG WYSS REVOCABLE TRUST
PO BOX 11270
JACKSON, WY 83002

THOMAS LEACH
11 ORIENT AVE.
BOSTON, MA 02128

THOMAS STOHR
11 DAVIS LANE
READING, MA 01867

THOMAS ZUERCHER
BERTISWILHOHE 8
ROTGEBBURG-LUERN SWITZERLAND

UNIFIRST CORPORATION
68 JONSPIN ROAD
WILMINGTON, MA 01887

US FOODS, INC.
100 LEDGE ROAD
SEABROOK, NH 03874

VERIZON
500 TECHNOLOGY DRIVE
SUITE 550
SAINT CHARLES, MO 63304

WB MASON
60 INDUSTRIAL BLVD
BROCKTON, MA 02301